# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JOHNITAL BELL, ET AL.

VERSUS

THE DOW CHEMICAL COMPANY, ET AL.

CIVIL ACTION

21-326-SDD-SDD

## RULING AND ORDER

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated March 11, 2022, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiffs' *Motion for Remand*[4] is DENIED.

**IT IS FURTHER ORDERED** that Plaintiffs' claims against the non-diverse Individual Defendants, Michael Albano, Dan Bucholtz, Kim Feltner, Sandy Holden, Dan Jason, Donald Lyle, Lance Parker, Robert Samson, Jennifer Smith, Theo Webre, Karen Williams, Eric Robertson, Larry Locicero, and Roland Lambotte, are DISMISSED WITHOUT PREJUDICE.

Baton Rouge, Louisiana the 25th day of April, 2022.

_____
**SHELLY D. DICK, CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 19.
[2] Rec. Doc. 63.
[3] Rec. Doc. 64.
[4] Rec. Doc. 19.